SEALED

FILED
OCT 3 1 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA TO SEARCH<br><br>The property located at 12989 E. Diamond Lane, Lodi, California; APN San Joaquin County #065-030-02;<br><br>The property located at 3522 E. Barron Road, Lodi, California; APN San Joaquin County #005-100-31;<br><br>The property located at 25512 N Highway 99, Acampo, California; APN San Joaquin County #005-09-38;<br><br>The property located at 4009 E. Emerson Rd., Acampo, California; APN San Joaquin County #005-15-007;<br><br>The property located at 608 Smitty Lane, West Point, California; APN Calaveras County #008-025-039);<br><br>The property located at 2820 Liberty Hill Road, Mokelumne Hill, California; APN Calaveras County #014-030-012;<br><br>A North Trail Trailer located on the property of 12989 E. Diamond Lane, Lodi, California; and<br><br>The person of Fidel GOMEZ Jr., DOB: **-**-1976, California Driver's License #****9930 | CASE NO. 2:18-SW-0889 EFB<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

SEALING ORDER

1

## SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, application, and affidavit in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 10-31-2018

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE