McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

**FILED**

JUL 1 1 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>The property located at 12989 E. Diamond Lane, Lodi, California; APN San Joaquin County #065-030-02;<br><br>The property located at 3522 E. Barron Road, Lodi, California; APN San Joaquin County #005-100-31;<br><br>The property located at 25512 N Highway 99, Acampo, California; APN San Joaquin County #005-09-38;<br><br>The property located at 4009 E. Emerson Rd., Acampo, California; APN San Joaquin County #005-15-007;<br><br>The property located at 608 Smitty Lane, West Point, California; APN Calaveras County #008-025-039);<br><br>The property located at 2820 Liberty Hill Road, Mokelumne Hill, California; APN Calaveras County #014-030-012;<br><br>A North Trail Trailer located on the property of 12989 E. Diamond Lane, Lodi, California; and<br><br>The person of Fidel GOMEZ Jr., DOB: \*\*-\*\*-1976, California Driver's License #\*\*\*\*9930 | CASE NO: 2:18-SW-0889 EFB<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

ORDER TO UNSEAL SEARCH WARRANTS AND
SEARCH WARRANT AFFIDAVITS

1

1     Upon application of the United States of America and good cause having been shown,

2     IT IS HEREBY ORDERED that the files in the above-captioned matter be, and is, hereby

3 ordered unsealed.

Dated: 7/11/2017

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE